UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT M. ROACH,<br><br>      Defendant. | Case No. 21-cv-01431-SK<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS AND REFERRING FOR SETTLEMENT CONFERENCE**<br><br>Regarding Docket Nos. 95, 96 |

The Court HEREBY GRANTS Defendant's motion to seal and motion to supplement the record regarding the motion to appoint a receiver. Defendant is admonished that he is required to file and then email proposed orders in Microsoft Word format to skpo@cand.uscourts.gov with all stipulations and motions requesting action from the Court.

Pursuant to Northern District Local Rule 72-1, the Court FURTHER ORDERS that this matter is REFERRED to Magistrate Judge Joseph C. Spero for the purposes of conducting a settlement conference. Judge Spero's chambers will contact the parties and counsel with a date and time for the conference.

**IT IS SO ORDERED**.

Dated: March 21, 2022

_____
SALLIE KIM
United States Magistrate Judge