1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   STACIE O. KINSER (Cal. Bar No. 300529)
   stacie.kinser@pillsburylaw.com
   JEREMY F. RUEF (Cal Bar No. 336472)
   jeremy.ruef@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
   San Francisco, CA  9411
   Telephone:   415.983.1000
   FACSIMILE:  415.983.1200

   PILLSBURY WINTHROP SHAW PITTMAN LLP
   CASEY LOW (Tex. Bar No. 24041363)
   *Pro Hac Vice*
   casey.low@pillsburylaw.com
   SARAH GOETZ (Tex. Bar No. 24109930)
   *Pro Hac Vice*
   sarah.goetz@pillsburylaw.com
   401 Congress Ave., Suite 1700
   Austin, TX  78701
   Telephone:   512.580.9600
   Facsimile:   512.375.4901

   Attorneys for Plaintiff and Cross-Defendant
   SCHRADER CELLARS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT M. (RANDY) ROACH, JR.,<br><br>　　　　Defendant. | Case No. 3:21-cv-01431-SK<br><br>**SCHRADER CELLARS, LLC'S PROPOSED VERDICT FORM** |

PROPOSED VERDICT FORM

Plaintiff Schrader Cellars, LLC ("Schrader Cellars" or "Plaintiff") hereby submits its respective portion of the proposed verdict form.

1. Did Randy Roach breach a fiduciary duty owed to Schrader Cellars in a manner that was a substantial factor in causing harm to Schrader Cellars?

    Yes_____     No_____

*If yes, proceed to Question 2.*

2. What damages did Schrader Cellars incur as a result of this harm?

    Past Economic Loss _____

*If you entered an amount in response to Question 2, proceed to Question 3. If you did not enter an amount in response to Question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.*

3. Should Schrader Cellars receive prejudgment interest on its loss?

    Yes_____     No_____

_____          _____
(Signature of jury foreperson)                              Date

PROPOSED VERDICT FORM
2

DATED: February 9, 2023　　　　　　　/s/ *Stacie O. Kinser*
　　　　　　　　　　　　　　　　　　Stacie O. Kinser

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
STACIE O. KINSER (Cal. Bar No. 300529)
stacie.kinser@pillsburylaw.com
JEREMY F. RUEF (Cal Bar No. 336472)
jeremy.ruef@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 9411
Telephone:　415.983.1000
Facsimile:　415.983.1200

CASEY LOW (Tex. Bar No. 24041363)
*Pro Hac Vice*
casey.low@pillsburylaw.com
SARAH GOETZ (Tex. Bar No. 24109930)
*Pro Hac Vice*
sarah.goetz@pillsburylaw.com
401 Congress Ave., Suite 1700
Austin, TX 78701
Telephone:　512.580.9600
Facsimile:　512.375.4901

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 9, 2023, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                /s/ *Stacie O. Kinser*
Stacie O. Kinser