| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>STACIE O. KINSER (Cal. Bar No. 300529)<br>stacie.kinser@pillsburylaw.com<br>JEREMY F. RUEF (Cal Bar No. 336472)<br>jeremy.ruef@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 9411<br>Telephone: 415.983.1000<br>FACSIMILE: 415.983.1200<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CASEY LOW (Tex. Bar No. 24041363)<br>*Pro Hac Vice*<br>casey.low@pillsburylaw.com<br>SARAH GOETZ (Tex. Bar No. 24109930)<br>*Pro Hac Vice*<br>sarah.goetz@pillsburylaw.com<br>401 Congress Ave., Suite 1700<br>Austin, TX 78701<br>Telephone: 512.580.9600<br>Facsimile: 512.375.4901<br><br>Attorneys for Plaintiff and Cross-Defendant<br>SCHRADER CELLARS, LLC | JOSEPH P. MCMONIGLE, Bar No. 66811<br>JESSICA R. MACGREGOR, Bar No. 168777<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392<br>Email: jmcmonigle@longlevit.com<br>jmacgregor@longlevit.com<br><br>JOHN W. NEWTON, III (*pro hac vice*)<br>  Texas Bar No. 14983300<br>MANUEL LOPEZ (*pro hac vice*)<br>  Texas Bar No. 00784495<br>ROACH NEWTON, LLP<br>One Westchase Center<br>10777 Westheimer Road, Suite 1100<br>Houston, TX 77042<br>Telephone: (713) 652-2032<br>Facsimile: (713) 652-2029<br>Email: jnewton@roachnewton.com<br>mlopez@roachnewton.com<br>(Continued on Signature Page)<br><br>Attorneys for Defendant and Counterclaimant<br>ROBERT M. (RANDY) ROACH, JR. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT M. (RANDY) ROACH, JR.<br><br>    Defendant. | Case No. 3:21-cv-01431-SK<br><br>**JOINT PROPOSED STATEMENTS OF THE CASE TO BE READ DURING VOIR DIRE** |

### **PRELIMINARY STATEMENT**

Pursuant to the Court's Case Management and Pretrial Order (Dkt. 53) Plaintiff Schrader Cellars, LLC ("Schrader Cellars") and Defendant Robert M. (Randy) Roach, Jr. ("Roach") hereby jointly submit their respective proposed statements of the case to be read to the jury during voir dire.

-1-
JOINT PROPOSED STATEMENT OF THE CASE
Case No: 3:21-CV-01431-SK

# PROPOSED STATEMENTS OF THE CASE

## A. Schrader Cellars' Proposed Statement

This case concerns a lawyer, Defendant Randy Roach, and his attempts to claim an ownership interest in his former client, Plaintiff Schrader Cellars, LLC, and its assets. Roach asserts his claim of ownership based on a handshake agreement with his former client, Fred Schrader. Meanwhile, Schrader Cellars claims that by seeking to enforce the alleged handshake agreement, Roach breached his fiduciary duties owed as an attorney by failing to abide by California's restrictions on business transactions between attorneys and their clients. This Court has already determined that the oral agreement Roach claims existed did not comport with California law and thus cannot be enforced.

The claims brought by Schrader Cellars to be decided by you are: (1) whether Randy Roach breached his fiduciary duty to Schrader Cellars in a manner that caused injury to Schrader Cellars by seeking to enforce the handshake agreement, and if so, the corresponding damage to Schrader Cellars, and (2) whether Randy Roach was unjustly enriched from that alleged breach of fiduciary duty and amount of that unjust enrichment.

## B. Roach's Proposed Statement

This suit involves a claim by Plaintiff, Schrader Cellars, LLC against Defendant Robert M. (Randy) Roach, Jr. in which Schrader Cellars alleges Roach breached fiduciary duties to Schrader Cellars.

Schrader Cellars claims it has been damaged by Roach's breach of fiduciary duty and, also, that Roach has been unjustly enriched as a result of his breach of fiduciary duty. To prevail, Schrader Cellars has the burden to prove: (1) Roach owed a fiduciary duty to Schrader Cellars; Roach breached his fiduciary duty to Schrader Cellars; the breach proximately caused damage to Schrader Cellars; and, (2) Schrader Cellars also has the burden to prove any unjust enrichment by Roach.

Roach denies Schrader Cellars' claims and denies that Schrader Cellars has been damaged in any way. He further denies that he has been unjustly enriched. Roach also claims that Schrader Cellars' breach of fiduciary duty claim was not filed within the appropriate period of time and that Schrader Cellars would be unjustly enriched by a judgment in its favor.

Respectfully submitted,

Dated: February 9, 2023

By: /s/ Stacie O. Kinser
    Stacie O. Kinser

*Attorneys for Plaintiff and Counter-Defendant SCHRADER CELLARS, LLC*

Dated: February 9, 2023

By: /s/ Jessica R. MacGregor
    Jessica R. MacGregor

(Defendant's Counsel Continued)
MIKAL C. WATTS (*pro hac vice*)
    Texas Bar No. 20981820
FRANCISCO GUERRA IV (*pro hac vice*)
    Texas Bar No. 00796684
MARK A.J. FASSOLD (*pro hac vice*)
    Texas Bar No. 24012609
LANCE P. KIMBRO (*pro hac vice*)
    Texas Bar No. 24124779
JULIE A. MATSEN (*pro hac vice*)
    Texas Bar No. 24115654
WATTS GUERRA, LLP
4 Dominion Drive
Bldg. 3, Suite 100
San Antonio, Texas 78257
Telephone:   (210) 447-0500
Facsimile:   (210) 447-0501
Email:   mcwatts@wattsguerra.com
    fguerra@wattsguerra.com
    mfassold@wattsguerra.com
    lkimbro@wattsguerra.com
    jmatsen@wattsguerra.com

*Attorneys for Defendant and Counterclaimant ROBERT M. (RANDY) ROACH, JR.*