UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT M. ROACH,<br><br>  Defendant. | Case No. 21-cv-01431-SK<br><br>**ADDITIONAL JURY INSTRUCTION** |

**IT IS SO ORDERED**.

Dated: March 10, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge

**ACCEPTED FACTS**

The court has decided to accept as proved the fact that on April 22, 2019, Roach filed the document labeled as Exhibit 601.  You must accept this fact as true.  You need not accept the facts contained in the petition as true but merely that Roach made those allegations on that date.

The Court has decided to accept as proved the fact that on February 26, 2021, Schrader Cellars file the complaint in this action labeled as Exhibit 617.  You must accept this fact as true.  You need not accept the facts contained in the complaint as true but merely that Cellars made those allegations on that date.

The court has decided to accept as proved the fact that on November 24, 2020, the Texas court issued an order in the form of Exhibit 648.  You must accept as true that the court issued this order.