1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     SCHRADER CELLARS, LLC,                    Case No. 21-cv-01431-SK

8                  Plaintiff,

9          v.                                   **SPECIAL VERDICT FORM**

10    ROBERT M. ROACH,

11                 Defendant.

12

13    1.    Do you find Randy M. Roach ("Roach")'s breach of his fiduciary duties as an attorney was

14          a substantial factor in causing Schrader Cellars, LLC ("Cellars") harm?

15          Yes_____      No_____

16    *If Yes, proceed to Question 2. If No, sign and return the verdict. No further questions need to be*

17    *answered.*

18    2.    Do you find that on or before September 2, 2019, Cellars knew, or with reasonable

19          diligence should have discovered, the facts of Roach's alleged wrongful act or omission?

20          Yes_____      No_____

21    *If Yes, proceed to Question 3. If No, proceed to Question 4.*

22    3.    Do you find Cellars sustained actual injury from Roach's breach of his fiduciary duties

23          before September 2, 2019?

24          Yes_____      No_____

25    *If No, proceed to Question 4. If Yes, sign and return the verdict. No further questions need to be*

26    *answered.*

27    4.    Do you find that the gravamen – or heart – of the claim that Cellars brings for breach of

28          fiduciary duty against Roach is based on his filing of the Texas lawsuit?

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Yes_____    No_____

2    *If No, proceed to Question 5.  If Yes, sign and return the verdict.  No further questions need to be*

3    *answered.*

4    5.    What damages do you find that Cellars incurred as a result of Roach's breach?

5    Amount: _____

6    *Proceed to Question 6.*

7    6.    Should Schrader Cellars receive prejudgment interest on its loss?

8    Yes_____    No_____

9

10    *Sign and return the verdict.*

11

12

13    _____    _____
(Signature of jury foreperson)    Date

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2