UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT M. ROACH,<br><br>　　　　Defendant. | Case No. 21-cv-01431-SK<br><br>**SPECIAL VERDICT FORM** |

1.  Do you find Randy M. Roach ("Roach")'s breach of his fiduciary duties as an attorney was a substantial factor in causing Schrader Cellars, LLC ("Cellars") harm?

    Yes ✓　　　No ____

*If Yes, proceed to Question 2. If No, sign and return the verdict. No further questions need to be answered.*

2.  Do you find that on or before September 2, 2019, Cellars knew, or with reasonable diligence should have discovered, the facts of Roach's alleged wrongful act or omission?

    Yes ✓　　　No ____

*If Yes, proceed to Question 3. If No, proceed to Question 4.*

3.  Do you find Cellars sustained actual injury from Roach's breach of his fiduciary duties before September 2, 2019?

    Yes ____　　　No ✓

*If No, proceed to Question 4. If Yes, sign and return the verdict. No further questions need to be answered.*

4.  Do you find that the gravamen – or heart – of the claim that Cellars brings for breach of fiduciary duty against Roach is based on his filing of the Texas lawsuit?

Yes __✓__   No _____

*If No, proceed to Question 5. If Yes, sign and return the verdict. No further questions need to be answered.*

5. What damages do you find that Cellars incurred as a result of Roach's breach?

   Amount: _____

*Proceed to Question 6.*

6. Should Schrader Cellars receive prejudgment interest on its loss?

   Yes _____   No _____

*Sign and return the verdict.*

__*Jenna Vacca*__           __3/10/23__
(Signature of jury foreperson)        Date