UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHRADER CELLARS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT M. ROACH,<br><br>        Defendant. | Case No. 21-cv-01431-SK<br><br>**JUDGMENT** |

Pursuant to the jury verdict and the Court's Order on the parties' cross-motions for partial summary judgment, JUDGEMENT is HEREBY ENTERED.

**IT IS SO ORDERED**.

Dated: March 13, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge