UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHRADER CELLARS, LLC,

        Plaintiff,

    v.

ROBERT M. ROACH,

        Defendant.

Case No. 21-cv-01431-SK

**ORDER REGARDING MOTION TO STRIKE AND TO DEFER**

Regarding Docket No. 459

On June 2, 2026, Defendant Robert M. Roach ("Roach") filed a motion to strike in part and defer in part the motion for attorney's fees filed by Plaintiff Schrader Cellars, LLC ("Schrader Cellars"). (Dkt. No. 459.) Roach failed to notice this motion for a hearing date. The Court notes that the substance of Roach's motion consist of matters that may be raised in his opposition to Schrader Cellars' pending motion for attorney's fees. Nevertheless, if Roach believes that these issues should be addressed in a separate motion, he shall notice his motion for an open hearing date at least 35-days out in accordance with the Northern District Civil Local Rules. If, by June 9, 2026, Roach fails to notice this motion for an open hearing date, the Court will strike this motion.

**IT IS SO ORDERED**.

Dated: June 3, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California