UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHRADER CELLARS, LLC,
Plaintiff,

v.

ROBERT M. ROACH,
Defendant.

Case No. 21-cv-01431-SK

**ORDER TO SHOW CAUSE REGARDING RENEWED MOTION**

Regarding Docket No. 481

On November 5, 2026, Robert M. Roach filed a renewed motion to file a supersedeas bond. Pursuant to Northern District of California Local Rule 7-3(a), Schrader Cellars, LLC's response was due to be filed by no later than November 19, 2026. To date, Schrader Cellars has not filed an opposition or statement of non-opposition.

Accordingly, Schrader Cellars is HEREBY ORDERED TO SHOW CAUSE in writing by no later than December 1, 2026, why the Court should not grant Roach's renewed motion as unopposed. If Schrader Cellars seeks to file an untimely opposition brief, it must submit a request to do so showing good cause for its failure to comply with the deadline required by the Local Rules and must submit its proposed opposition brief along with the request. If Schrader Cellars fails to file a response to this Order to Show Cause ("OSC"), along with its proposed opposition to the renewed motion, by December 1, 2026, the Court will grant Roach's renewed motion as unopposed without further notice.

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

If Schrader Cellars demonstrates good cause for its delay and seeks to oppose the renewed motion, the Court will provide Roach with an opportunity to file a reply to address the opposition brief.

**IT IS SO ORDERED**.

Dated: November 24, 2026

SALLIE KIM
United States Magistrate Judge