PILLSBURY WINTHROP SHAW PITTMAN LLP
STACIE O. KINSER (Cal. Bar No. 300529)
stacie.kinser@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.983.1000
FACSIMILE: 415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
CASEY LOW (Tex. Bar No. 24041363)
*Pro Hac Vice*
casey.low@pillsburylaw.com
SARAH GOETZ (Tex. Bar No. 24109930)
*Pro Hac Vice*
sarah.goetz@pillsburylaw.com
ALEX GUERIN (Tex. Bar No. 24129105)
*Pro Hac Vice*
alex.guerin@pillsburylaw.com
401 W 4th St, Suite 3200
Austin, TX 78701
Telephone: 512.580.9600
Facsimile: 512.375.4901

Attorneys for Plaintiff and Cross-Defendant
SCHRADER CELLARS, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SCHRADER CELLARS, LLC,

Plaintiff,

v.

ROBERT M. (RANDY) ROACH, JR.

Defendant.

Case No. 3:21-cv-01431-SK

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO RENEWED MOTION TO FILE SUPERSEDEAS BOND**

Plaintiff Schrader Cellars, LLC ("Schrader Cellars") submits this statement of non-opposition to Defendant Robert M. (Randy) Roach's ("Roach") Renewed Motion to File Supersedeas Bond (Dkt. 481). Schrader Cellars does not oppose the Court granting the relief requested in the Motion. Schrader Cellars apologizes for not sooner noting its non-opposition.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Casey Low*
Casey Low

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
CASEY LOW (Tex. Bar No. 24041363)
*Pro Hac Vice*
casey.low@pillsburylaw.com
SARAH GOETZ (Tex. Bar No. 24109930)
*Pro Hac Vice*
sarah.goetz@pillsburylaw.com
ALEX GUERIN (Tex. Bar No. 24129105)
*Pro Hac Vice*
alex.guerin@pillsburylaw.com
401 W 4th St, Suite 3200
Austin, TX 78701
Telephone: 512.580.9600
Facsimile: 512.375.4901

STACIE O. KINSER (Cal. Bar No. 300529)
stacie.kinser@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.983.1000
Facsimile: 415.983.1200

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 25, 2026, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Casey Low*
Casey Low